1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| G.G., A.L., and B.S., individually and on behalf of all others similarly situated, | ) ) ) | No. |
| Plaintiffs, | ) ) ) | **CORPORATE DISCLOSURE STATEMENT** |
| v. | ) ) | |
| VALVE CORPORATION, a Washington corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant Valve Corporation, certifies that Valve has no parent corporation or any publicly held corporation owning 10% or more of its stock.

//
//
//
//
//
//

CORPORATE DISCLOSURE STATEMENT - (No. ) - 1

63478.00052
122016/1012/63478.00052

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

DATED this 20th day of December, 2016.

RIDDELL WILLIAMS P.S.


By  */s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
Sarah E. Joye, WSBA #44357
James H. Wendell, WSBA #46489

Attorneys for Defendant Valve Corporation

CORPORATE DISCLOSURE STATEMENT - (No. ) - 2

4824-5228-4477.04
122016/1012/63478.00052

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

## CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Riddell Williams P.S. in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: (206) 682-5600<br>Fax: (206) 682-2992<br>kstephens@tousley.com<br>jdennett@tousley.com<br><br>*Attorneys for Plaintiffs* | ☒ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |
| Jasper D. Ward IV<br>Alex C. Davis<br>Patrick Walsh<br>**JONES WARD PLC**<br>Marion E. Taylor Building<br>312 S. Fourth Street, Sixth Floor<br>Louisville, Kentucky 40202<br>Tel. (502) 882-6000<br>Fax (502) 587-2007<br>jasper@jonesward.com<br>alex@jonesward.com<br>patrick@jonesward.com<br><br>*Attorneys for Plaintiffs* | ☒ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

CORPORATE DISCLOSURE STATEMENT - (No. ) - 3

4824-5228-4477.04
122016/1012/63478.00052

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

| | |
|---|---|
| Paul C. Whalen (PW1300)<br>**LAW OFFICE OF PAUL C. WHALEN, P.C.**<br>768 Plandome Road<br>Manhasset, NY 11030<br>Tel. (516) 426-6870<br>Fax (212) 658-9685<br>pcwhalen@gmail.com<br><br>*Attorneys for Plaintiffs* | ☒ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 20th day of December, 2016, in Seattle, Washington.

*[signature]*
Courtney R. Tracy

CORPORATE DISCLOSURE STATEMENT - (No. ) - 4

4824-5228-4477.04
122016/1012/63478.00052

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600