UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.G., A.L., and B.S., individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>                Defendants. | No. 16-cv-1941<br><br>**DECLARATION OF CHRISTOPHER BOYD IN SUPPORT OF MOTION TO COMPEL ARBITRATION** |

I, Christopher Boyd, declare as follows:

1.     I have been employed by Valve Corporation ("Valve") since 2008. I am a Software Engineer at Valve, with responsibility for various aspects of our Steam service. I am over the age of eighteen and competent to testify. I make this declaration on personal knowledge.

2.     Valve is a Washington corporation, located in Bellevue, Washington. Substantially all of Valve's employees work in Washington, including all officers and directors of the company. Valve's software and website development and design teams are located in Bellevue, Washington, as are the Valve employees who design, develop, maintain, manage and distribute Steam and CS:GO.

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

3.      Valve is in the business of developing and distributing video games and content for use on personal computers. Valve also operates the Steam digital distribution and online gaming platform. Over 4000 game titles are available on Steam. Steam includes an online store, where users can purchase subscriptions to games to be added to their Steam library. Steam also features a "Steam Wallet" for virtual Steam currency that subscribers can fund using various payment methods. That virtual Steam Wallet currency can then later be used to purchase digital content and subscriptions to games.

4.      Counter-Strike: Global Offensive ("CS:GO") is a video game developed and distributed by Valve. It is a multiplayer first-person shooter video game where two teams compete to eliminate the enemy team or complete objectives. Steam subscribers must purchase a subscription to CS:GO in order to play.

5.      In 2013, Valve introduced virtual items called "skins" into CS:GO. "Skins" are virtual CS:GO weapons that have different finishes or textures. Skins are entirely cosmetic and do not affect gameplay; they only change how weapons look. Skins can be acquired in a number of different ways. Among other ways, they can be collected when playing CS:GO, for example, through random "drops" or by opening weapon "crates" during game play. Skins can also be acquired through trades with other players over Steam using CS:GO's trade feature. And Steam subscribers can "buy" and "sell" skins in the Steam Community Market using virtual Steam currency in their Steam Wallet.

6.      In order to use Steam, a user must first create a Steam account. A user can create a Steam account in two ways. The user can either: (1) create an account on the "Create an Account" webpage accessible through the Steam website at http://store.steampowered.com/; or (2) create an account through the "Steam client," a software program that the user installs on his

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

or her computer. As part of both of these account-creation methods, the user is presented with the Steam Subscriber Agreement ("SSA").[1]

7. If the user creates an account on the "Create an Account" webpage, the SSA appears on the same account-creation screen used to create a Steam username and password, under instructions stating: "Please review the agreement(s) below and agree by selecting the checkbox(es) at the bottom of the page. You must agree with the terms of these agreements to continue." Attached as Exhibit A is an accurate screenshot of this webpage that any user would see when creating a Steam account.

8. A Steam account cannot be created on the "Create an Account" webpage unless the subscriber accepts the SSA by clicking a box under the SSA stating "I agree AND am 13 years of age or older." If a user attempts to create an account without clicking that box to accept the SSA, the screen refreshes and a notice appears at the top of the webpage, stating, "You must agree to the Steam Subscriber Agreement to continue." Attached as Exhibit B is an accurate screenshot demonstrating this result that occurs if a user fails to click the "I agree" box. It is impossible to create a Steam account unless the user affirmatively indicates his or her acceptance of the SSA.

9. If the user creates an account through the Steam client, the SSA appears in a box that must be reviewed as part of the process of creating a Steam account on the user's computer. The instructions under the SSA state, "Please read this agreement in its entirety. You must agree with the terms of the Steam Subscriber Agreement to continue." In order to continue with the account-creation process, the user must click a box that states, "I AGREE." The user cannot create a Steam account during this process unless he or she clicks the box that states, "I AGREE"; the only other options are to go back to the previous screen or cancel the account-creation process. Attached as Exhibit C is an accurate screenshot of the box that any user would

_____

[1] Valve formerly supported the creation of Steam accounts through the Play Station Network. That method, now obsolete, also required affirmative assent to the same SSA.

DECL. OF CHRISTOPHER BOYD IN SUPPORT OF MOTION TO COMPEL ARBITRATION - (No. 16-cv-1941) - 3
4833-3238-8414.01
122316/1417/63478.00052

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

see when creating a Steam account. If the user is creating an account using Steam Big Picture mode the pages would be formatted differently than shown, but acceptance of the SSA by clicking the "I AGREE" button is required.

10. I reviewed records that Valve maintains in the regular course of its business, which I have access to and regularly use in my work for Valve. From those records, I determined that the processes for setting up a Steam account have been the same as I described in Paragraphs 6-9 from January 1, 2013 to the present. At all times creating a Steam account required the user to indicate his affirmative acceptance of the SSA before an account can be created.

11. After setting up an account, a Steam subscriber may purchase subscriptions to video games or other digital content on Steam, but must agree anew to the SSA with each purchase. Before Steam will allow a subscriber to complete any such purchase, he or she must click a box that states, "I agree to the terms of the Steam Subscriber Agreement." The SSA is hyperlinked to the words "Steam Subscriber Agreement," which means clicking on those words opens a webpage containing the SSA's full text. Attached as Exhibit D is an accurate screenshot demonstrating this process.[2]

12. If a subscriber does not click the "I agree" box at checkout when making a purchase through Steam, the screen refreshes and a notice appears at the top of the webpage, saying, "You must agree to the terms of the Steam Subscriber Agreement to complete this transaction." Attached as Exhibit E is an accurate screenshot demonstrating this result that would have occurred if a user failed to click the "I agree" box. The user cannot complete any purchase until he or she clicks the box to accept the SSA again.

13. Steam subscribers who purchase skins (or any other virtual items) in Steam's Community Market are required to again accept the SSA by clicking a box stating "I agree to the

[2] An address and phone number were entered into the required fields to create the screenshots that appear in Exhibits D and E. Those items were redacted from Exhibits D and E for privacy reasons.

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

terms of the Steam Subscriber Agreement," which is hyperlinked to the SSA. Attached as Exhibit F is an accurate screenshot demonstrating this process. If the subscriber does not check the box to agree, he or she is presented with the same notice described in the above paragraph and shown in Exhibit E requiring agreement to the SSA, and is prevented from completing the purchase until he or she clicks the box to accept the SSA.

14. I determined from my review of Valve's records that the process for making a purchase through Steam has been the same as I described in Paragraphs 11-13 from January 1, 2013 to the present.

15. Attached as Exhibit G is an accurate copy of the current SSA. I determined from my review of Valve's records that the English version of the SSA attached as Exhibit G came into effect in January 2016. I also confirmed from Valve's records that each of the English versions of the SSA from January 1, 2013 to the present includes a notice of arbitration provision in capital letters near the top of the first page and the arbitration provision. Attached as Exhibit H are all of the prior versions of the SSA (client versions and web versions) that were presented to Steam subscribers from January 1, 2013 until the current version came into effect in January 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2016, at Bellevue, Washington.

Christopher Boyd

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600