THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.G., A.L., and B.S., individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,,<br><br>Defendant. | NO. 2:16-cv-01941<br><br>**DECLARATION OF JASON T. DENNETT IN SUPPORT OF MOTION TO REMAND AND MEMORANDUM IN SUPPORT THEREOF** |

I am a member of Tousley Brain Stephens PLLC, and I am one of the attorneys representing Plaintiffs in this action. I make this declaration based on personal knowledge and am competent to testify regarding the following facts

1. Attached as Exhibit 1 to this Declaration is a true and correct copy of the Washington State Gambling Commission's October 5, 2016 Cease and Desist Letter to Valve Corporation.

2. Attached as Exhibit 2 to this Declaration is a true and correct copy of the Class Action Complaint *Kamenkovich v. CSGOLOTTO Inc.*, et al., 2016-031827-CA-01, Filing # 50013769 (Dec. 13, 2016).

DECLARATION OF JASON T. DENNETT IN SUPPORT
OF MOTION TO REMAND AND MEMORANDUM IN
SUPPORT THEREOF (2:16-cv-01941) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1   I declare under penalty of perjury of that the foregoing is true and correct.

2   DATED this 29th day of December, 2016. at Seattle, Washington.

3

4
                                    */s/ Jason T. Dennett*
5                                   Jason T. Dennett

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF JASON T. DENNETT IN SUPPORT
OF MOTION TO REMAND AND MEMORANDUM IN
SUPPORT THEREOF (2:16-cv-01941) - 2

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Gavin W. Skok, WSBA #29766<br>James H. Wendell, WSBA #46489<br>Sarah E. Joye, WSBA #44357<br>**RIDDELL WILLIAMS P.S.**<br>1001 4th Avenue, Suite 4500<br>Seattle, Washington 98154-1065<br>gskok@riddellwilliams.com<br>jwendell@riddellwilliams.com<br>sjoye@riddellwilliams.com<br><br>*Attorneys for Defendant* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Courier<br>☐ Facsimile<br>☒ Email via USDC CM/ECF<br>☐ Via Email (courtesy copy) |
| Charles B. Casper (admitted *pro hac vice*)<br>**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br>123 S. Broad Street, 24th Floor<br>Philadelphia, PA 19109<br>Tel.: (215) 772-1500<br>ccasper@mmwr.com<br><br>*Attorneys for Defendant* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Courier<br>☐ Facsimile<br>☒ Email via USDC CM/ECF<br>☐ Via Email (courtesy copy) |
| Jasper D. Ward IV *(admitted pro hac vice)*<br>Alex C. Davis<br>Patrick Walsh<br>**JONES WARD PLC**<br>Marion E. Taylor Building<br>312 S. Fourth Street, Sixth Floor<br>Louisville, Kentucky 40202<br>jasper@jonesward.com<br>alex@jonesward.com<br>patrick@jonesward.com<br><br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Courier<br>☐ Facsimile<br>☒ Email via USDC CM/ECF<br>☐ Via Email (courtesy copy) |

DECLARATION OF JASON T. DENNETT IN SUPPORT
OF MOTION TO REMAND AND MEMORANDUM IN
SUPPORT THEREOF (2:16-cv-01941) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| Paul C. Whalen (PW1300)<br>**LAW OFFICE OF PAUL C. WHALEN, P.C.**<br>768 Plandome Road<br>Manhasset, New York 11030<br>pcwhalen@gmail.com<br><br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Courier<br>☐ Facsimile<br>☐ Email via USDC CM/ECF<br>☒ Via Email (courtesy copy) |
| Melissa R. Emert<br>Patrick K. Slyne<br>**STULL, STULL & BRODY**<br>6 East 45th Street<br>New York, NY 10017<br>Tel. (212) 687-7230<br>Fax (212) 490-2022<br>memert@ssbny.com<br>pkslyne@ssbny.com<br><br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Courier<br>☐ Facsimile<br>☐ Email via USDC CM/ECF<br>☒ Via Email (courtesy copy) |

DATED at Seattle, Washington, this 29th day of December, 2016.

*/s/ Kim D. Stephens*
Kim D. Stephens, WSBA #11984

6225/001/365352.1

DECLARATION OF JASON T. DENNETT IN SUPPORT
OF MOTION TO REMAND AND MEMORANDUM IN
SUPPORT THEREOF (2:16-cv-01941) - 4

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992