1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

8
9

      Plaintiff(s),      Case No. _____

10
v.

                              **PRAECIPE**

11
12

      Defendant(s).

13

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

14
15
16
17
18
19
20
21

_____    _____
Dated                           Sign or use an "s/" and your name

22
23
24
25

                             Name, Address, and Phone Number of Counsel or Pro Se

26

**PRAECIPE**                    Page 1 of 1