THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| G.G., A.L., and B.S., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | CASE NO. C16-1941-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding two pending motions (Dkt. No. 16). Defendant Valve Corporation filed a motion to compel arbitration (Dkt. No. 10) and Plaintiffs filed a motion to remand (Dkt. No. 12), both of which note on January 20, 2017. The parties request that the Court decide the motion to remand first and then, if necessary, decide the motion to compel arbitration on their proposed briefing schedule. (Dkt. No. 16 at 2.) The Court GRANTS the request (Dkt. No. 16).

The Court DIRECTS the Clerk to remove the current noting date on the motion to compel arbitration (Dkt. No. 10). If the Court denies the motion to remand, Defendant may renote the motion to compel arbitration. If Defendant renotes the motion to compel arbitration, Plaintiffs' response, if any, is due 14 days after the Court's order on the motion to remand.

Defendant's reply, if any, is due 10 days after Plaintiff's response is filed.

DATED this 18th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
