THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.G., A.L., and B.S., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | CASE NO. C16-1941-JCC<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION TO SEAL |

This matter comes before the Court on the parties' stipulated motion to seal documents filed with Defendant's opposition to Plaintiffs' motion to remand (Dkt. No. 21). The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to warrant sealing discovery documents attached to non-dispositive motions. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

The documents in question are screenshots and printouts showing query results from Defendant's "confidential sales database for the CS:GO 'skins' trade and sales data" discussed in Defendant's opposition to the motion to remand. (Dkt. No. 21 at 2.) The Court finds the parties have made a particularized showing of good cause to keep the exhibits sealed and agrees that

ORDER GRANTING THE PARTIES'
STIPULATED MOTION TO SEAL
PAGE - 1

1  they should remain sealed because of their confidential nature. Therefore, the motion to seal is
2  GRANTED.
3       DATED this 27th day of January 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE PARTIES'
STIPULATED MOTION TO SEAL
PAGE - 2