The Honorable John C. Coughenour

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

G.G., A.L., and B.S., individually and on behalf
of all others similarly situated,

Plaintiffs,

v.

VALVE CORPORATION, a Washington
corporation,

Defendant.

No. 2:16-cv-01941-JCC

**DEFENDANT VALVE
CORPORATION'S MOTION TO
SEAL**

**NOTE ON MOTION CALENDAR:
MARCH 15, 2019**

Pursuant to Local Civil Rule 5(g) and the Stipulated Protective Order (Dkt. # 23), Valve Corporation moves to file under seal its Reply in Support of Valve Corporation's Motion to Lift Stay and Dismiss Case with Prejudice.  Valve will contemporaneously file a redacted version of the Reply redacting the information sought to be sealed.

Plaintiffs' Motion to Seal (Dkt. # 34) sought leave to file under seal the Award of Arbitrator in AAA-01-18-0001-7979, *B.S. v. Valve Corp.* (Dkt. #35-1) and Award of Arbitrator in AAA-01-18-0001-7977, *G.G. v. Valve Corp.* (Dkt. #35-2).  Valve's Reply quotes portions of those two Awards.  Accordingly, Valve seeks to file an unredacted version of its Reply under seal, and to file a public version of its Reply that redacts the quoted portions of the two Awards.  No alternatives are adequate because the information, descriptions of information, or

VALVE CORPORATION'S MOTION TO SEAL REPLY IN
SUPPORT OF MOTION TO LIFT STAY AND DISMISS
(No. 16-cv-01941-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

documents, are needed to adequately convey Valve's argument.  As the parties previously conferred on sealing of these Awards (*see* Dkt. # 34 at p. 3), all meet and confer requirements are satisfied.

Because these Awards are the subject of a pending Motion to Seal (Dkt. # 34), Valve will make a showing of good cause to seal in its forthcoming response to that Motion and incorporates that showing into this Motion as if fully set forth herein.

DATED this 22nd day of February, 2019.

FOX ROTHSCHILD LLP

By   */s/ Gavin W. Skok*
    Gavin W. Skok, WSBA #29766

And

MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP

By   */s/ Charles B. Casper*
    Charles B. Casper (admitted *pro hac vice*)
    1735 Market Street
    Philadelphia, PA  19103
    (215) 772-1500

Attorneys for Defendant Valve Corporation

VALVE CORPORATION'S MOTION TO SEAL REPLY IN
SUPPORT OF MOTION TO LIFT STAY AND DISMISS
(No. 16-cv-01941-JCC) -2

227942\00052\89945524.v1

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

1

## CERTIFICATE OF SERVICE

2         I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle,

3     Washington.  I am a U.S. citizen over the age of eighteen years and not a party to the within

4     cause.  On the date shown below, I caused to be served a true and correct copy of the foregoing

5     on counsel of record for all other parties to this action as indicated below:

| Service List | |
|---|---|
| Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA  98101<br>Tel: (206) 682-5600<br>Fax: (206) 682-2992<br>KStephens@tousley.com<br>jdennett@tousley.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF/ Email<br>☐ Via over-night delivery |
| Jasper D. Ward IV<br>Alex C. Davis<br>Patrick Walsh<br>**JONES WARD PLC**<br>Marion E. Taylor Building<br>312 S. Fourth Street, Sixth Floor<br>Louisville, Kentucky 40202<br>Tel: (502) 882-6000<br>Fax: (502) 587-2007<br>jasper@jonesward.com<br>alex@jonesward.com<br>patrick@jonesward.com<br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF / Email<br>☐ Via over-night delivery |

VALVE CORPORATION'S MOTION TO SEAL REPLY IN
SUPPORT OF MOTION TO LIFT STAY AND DISMISS
(No. 16-cv-01941-JCC) -3

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

227942\00052\89945524.v1

1    I declare under penalty of perjury under the laws of the State of Washington that the

2    foregoing is true and correct.

3    EXECUTED this 22nd day of February, 2019, in Seattle, Washington.

4

5

6                                                          Courtney R. Tracy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

VALVE CORPORATION'S MOTION TO SEAL REPLY IN
SUPPORT OF MOTION TO LIFT STAY AND DISMISS
(No. 16-cv-01941-JCC) -4

**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600