UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Grace Galloway, Andy Lesko, and Brenda Shoss, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | NO. 2:16-cv-1941-JLR<br><br>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>August 31, 2020 |

This matter having come before the Court on the Plaintiffs' unopposed motion for leave to file an amended complaint, the Court having reviewed the materials submitted and the record herein and otherwise being sufficiently advised,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs' motion to file an amended complaint (Dkt. # 54) is hereby GRANTED; and

//

//

//

2.  Plaintiffs have seven (7) days from the filing date of this order to file their amended

complaint (Dkt. # 54-1) on the court's docket.

IT IS SO ORDERED this 21st day of September, 2020.

JAMES L. ROBART
United States District Judge