The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Grace Galloway, Andy Lesko, and Brenda Shoss, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:16-cv-01941-JLR<br><br>**STIPULATED MOTION TO STRIKE AND RESET DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: October 8, 2020** |

## I.    RELIEF REQUESTED

Plaintiffs and Defendant Valve Corporation respectfully request that this Court strike the current deadlines in the Initial Scheduling Order (Dkt. #57) and reset them for particular dates after the Court rules on Valve's pending motion to dismiss (Dkt. #59), which is noted for October 23, 2020.

## II.    STIPULATED MOTION

The Court entered an Initial Scheduling Order on September 22, 2020, setting deadlines for the parties' Rule 26(f) conference (October 6, 2020), initial disclosures (October 20, 2020), and submission of the Combined Joint Status Report and Discovery Plan (October 27, 2020).

STIPULATED MOTION TO STRIKE AND RESET DEADLINES (2:16-CV-01941-JLR)

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

114999297

(Dkt. #57.)  On October 1, 2020, Valve filed a Motion to Dismiss Plaintiffs' First Amended Complaint, which seeks dismissal of all claims with prejudice.  (Dkt. #59.)  Valve's motion is noted for consideration on October 23, 2020.

Under Federal Rule of Civil Procedure 16(b)(4), the Court may modify case deadlines on a showing of good cause.  Here, the parties agree that good cause exists to strike the current deadlines in the Initial Scheduling Order and reset them for particular dates after the Court rules on Valve's pending motion to dismiss.  The outcome of Valve's pending motion will effect whether and how this case proceeds.  It is more efficient and practical for the parties to conduct the Rule 26(f) conference, exchange initial disclosures, and prepare and file the Combined Joint Status Report and Discovery Plan after the Court rules on Valve's pending second motion to dismiss.  No prejudice to the parties will result from striking and re-setting these deadlines.  The parties' request is not made for the purpose of improper delay or to burden the Court.

### III.    CONCLUSION

The parties respectfully request that the Court strike the current deadlines in the Initial Scheduling Order and reset them for particular dates after the Court rules on Valve's pending motion to dismiss.

DATED this 8th day of October, 2020.

STRITMATTER KESSLER KOEHLER MOORE

By    s/ Ray W. Kahler
Ray W. Kahler, WSBA #26171
413 8th Street
Hoquiam, WA  98550
Telephone: 360.533.2710
Facsimile: 360.532.8032
Email: ray@stritmatter.com

FOX ROTHSCHILD LLP

By    s/ Laura P. Hansen
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
Telephone: 206.624.3600
Facsimile: 206.389.1708
Email: gskok@foxrothshchild.com
           lhansen@foxrothschild.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION TO STRIKE AND RESET DEADLINES (2:16-CV-01941-JLR) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

114999297

JONES WARD PLC

By_____*s/ Jasper D. Ward IV*_____
Jasper D. Ward IV (admitted pro hac vice)
Alex C. Davis (admitted pro hac vice)
1205 East Washington Street, Suite 111
Louisville, KY  40206
Telephone: 502.882.6000
Facsimile: 502.587.2007
Email: jasper@jonesward.com
           alex@jonesward.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO STRIKE AND RESET
DEADLINES (2:16-CV-01941-JLR) - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

114999297

1

## ORDER

2          Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that all of

3   the deadlines in the Initial Scheduling Order (Dkt. #57) are stricken.  The Court will reset the

4   deadlines for the parties' Rule 26(f) conference, initial disclosures, and submission of the

5   Combined Joint Status Report and Discovery Plan to particular dates that will be determined

6   after the Court rules on Defendant Valve Corporation's pending motion to dismiss (Dkt. #59).

7          IT IS SO ORDERED.

8          DATED this ___ day of _____, 2020.

9

10                                                        _____

11                                                        The Honorable James L. Robart
                                                          United States District Court Judge

12  Presented by:

13  FOX ROTHSCHILD LLP

14

15  By   *s/ Laura P. Hansen*
    Gavin W. Skok, WSBA #29766
16  Laura P. Hansen, WSBA #48669

17  *Attorneys for Defendant Valve Corporation*

18  STRITMATTER KESSLER KOEHLER MOORE

19  By  *s/ Ray W. Kahler*
    Ray W. Kahler, WSBA #26171
20

21  JONES WARD PLC

22  By   *s/ Jasper D. Ward IV*
    Jasper D. Ward IV (admitted pro hac vice)
23  Alex C. Davis (admitted pro hac vice)

24  *Attorneys for Plaintiffs*

25

26

STIPULATED MOTION TO STRIKE AND RESET
DEADLINES (2:16-CV-01941-JLR) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

114999297