The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Grace Galloway, Andy Lesko, and Brenda Shoss, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:16-cv-01941-JLR<br><br>**STIPULATED MOTION AND ORDER TO STRIKE AND RESET DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:<br>October 8, 2020** |

## I. RELIEF REQUESTED

Plaintiffs and Defendant Valve Corporation respectfully request that this Court strike the current deadlines in the Initial Scheduling Order (Dkt. #57) and reset them for particular dates after the Court rules on Valve's pending motion to dismiss (Dkt. #59), which is noted for October 23, 2020.

## II. STIPULATED MOTION

The Court entered an Initial Scheduling Order on September 22, 2020, setting deadlines for the parties' Rule 26(f) conference (October 6, 2020), initial disclosures (October 20, 2020), and submission of the Combined Joint Status Report and Discovery Plan (October 27, 2020).

STIPULATED MOTION TO STRIKE AND RESET
DEADLINES (2:16-CV-01941-JLR)

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

114999297

(Dkt. #57.) On October 1, 2020, Valve filed a Motion to Dismiss Plaintiffs' First Amended Complaint, which seeks dismissal of all claims with prejudice. (Dkt. #59.) Valve's motion is noted for consideration on October 23, 2020.

Under Federal Rule of Civil Procedure 16(b)(4), the Court may modify case deadlines on a showing of good cause. Here, the parties agree that good cause exists to strike the current deadlines in the Initial Scheduling Order and reset them for particular dates after the Court rules on Valve's pending motion to dismiss. The outcome of Valve's pending motion will effect whether and how this case proceeds. It is more efficient and practical for the parties to conduct the Rule 26(f) conference, exchange initial disclosures, and prepare and file the Combined Joint Status Report and Discovery Plan after the Court rules on Valve's pending second motion to dismiss. No prejudice to the parties will result from striking and re-setting these deadlines. The parties' request is not made for the purpose of improper delay or to burden the Court.

### III.  CONCLUSION

The parties respectfully request that the Court strike the current deadlines in the Initial Scheduling Order and reset them for particular dates after the Court rules on Valve's pending motion to dismiss.

DATED this 8th day of October, 2020.

| STRITMATTER KESSLER KOEHLER MOORE | FOX ROTHSCHILD LLP |
|---|---|
| By  *s/ Ray W. Kahler*<br>Ray W. Kahler, WSBA #26171<br>413 8th Street<br>Hoquiam, WA 98550<br>Telephone: 360.533.2710<br>Facsimile: 360.532.8032<br>Email: ray@stritmatter.com | By  *s/ Laura P. Hansen*<br>Gavin W. Skok, WSBA #29766<br>Laura P. Hansen, WSBA #48669<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>Telephone: 206.624.3600<br>Facsimile: 206.389.1708<br>Email: gskok@foxrothshchild.com<br>         lhansen@foxrothschild.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIPULATED MOTION TO STRIKE AND RESET DEADLINES (2:16-CV-01941-JLR) - 1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

114999297

JONES WARD PLC

By_____*s/ Jasper D. Ward IV*_____
Jasper D. Ward IV (admitted pro hac vice)
Alex C. Davis (admitted pro hac vice)
1205 East Washington Street, Suite 111
Louisville, KY  40206
Telephone: 502.882.6000
Facsimile: 502.587.2007
Email: jasper@jonesward.com
          alex@jonesward.com

*Attorneys for Plaintiffs*

STIPULATED MOTION TO STRIKE AND RESET
DEADLINES (2:16-CV-01941-JLR) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

114999297

# ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that all of the deadlines in the Initial Scheduling Order (Dkt. #57) are stricken. The Court will reset the deadlines for the parties' Rule 26(f) conference, initial disclosures, and submission of the Combined Joint Status Report and Discovery Plan to particular dates that will be determined after the Court rules on Defendant Valve Corporation's pending motion to dismiss (Dkt. #59).

IT IS SO ORDERED.

DATED this 16th day of October, 2020.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

FOX ROTHSCHILD LLP

By   *s/ Laura P. Hansen*
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669

*Attorneys for Defendant Valve Corporation*


STRITMATTER KESSLER KOEHLER MOORE

By  *s/ Ray W. Kahler*
Ray W. Kahler, WSBA #26171


JONES WARD PLC

By   *s/ Jasper D. Ward IV*
Jasper D. Ward IV (admitted pro hac vice)
Alex C. Davis (admitted pro hac vice)

*Attorneys for Plaintiffs*

STIPULATED MOTION TO STRIKE AND RESET
DEADLINES (2:16-CV-01941-JLR) - 3

**F**OX **R**OTHSCHILD **LLP**
1001 F OURTH A VENUE , S UITE 4500
S EATTLE , WA 98154
206.624.3600

114999297