UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| G.G., et al.,<br><br>                   Plaintiffs,<br>    v.<br><br>VALVE CORPORATION,<br><br>                   Defendant. | CASE NO. C16-1941JLR<br><br>RULE 16(B) AND RULE 23(D)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

Before the court is the parties' Joint Status Report (Dkt. # 79). Having considered the submission, the court ADOPTS the parties' proposed class certification briefing schedule and ORDERS that the briefing on class certification shall proceed as follows:

| | |
|---|---|
| Deadline to complete fact discovery related to class certification | *May 28, 2021* |
| Plaintiffs' deadline to disclose experts for class certification pursuant to Fed. R. Civ. P. 26(a)(2) | *June 4, 2021* |

ORDER - 1

| | |
|---|---|
| Valve's deadline to disclose experts for class certification pursuant to Fed. R. Civ. P. 26(a)(2) | *July 6, 2021* |
| Deadline to complete expert discovery regarding experts for class certification, including all expert depositions | *July 16, 2021* |
| Deadline to file Plaintiffs' Motion for Class Certification accompanied by the evidence and declarations on which Plaintiffs rely in seeking class certification | *July 30, 2021* |
| Deadline to file Valve's Opposition to Plaintiffs' Motion for Class Certification accompanied by the evidence and declarations on which Valve relies in opposing class certification | *September 29, 2021* |
| Deadline to file Plaintiffs' Reply Brief in Support of Motion for Class Certification | *October 29, 2021* |

The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order

//

//

//

ORDER - 2

relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at (206) 370-8520.  *See* Fed. R. Civ. P. 16(b)(3)(B)(v).

Dated this 2nd day of March, 2021.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge