The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Grace Galloway, Andy Lesko, and Brenda Shoss, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>                Defendant. | No. 2:16-cv-01941-JLR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF ANDY LESKO AND TO AMEND CASE CAPTION**<br><br>**NOTE ON MOTION CALENDAR JUNE 25 2021** |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Andy Lesko ("Plaintiff Lesko") and Defendant Valve Corporation ("Valve"), hereby stipulate that Plaintiff Lesko and all claims and causes of action asserted by Plaintiff Lesko against Valve in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This stipulation does not address or affect the claims asserted by any plaintiff other than Plaintiff Lesko, or Valve's defenses to such claims.

      The parties further stipulate and respectfully request that the Court amend the caption in this lawsuit, as shown in the attached Exhibit A, to remove Plaintiff Lesko as a named plaintiff and reflect that Plaintiffs Grace Galway and Brenda Shoss are now the only named plaintiffs in this action. Exhibit A also corrects a misidentification of Plaintiff Grace Galway due to a

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF
ANDY LESKO AND TO AMEND CASE CAPTION
(CASE NO. 2:16-cv-01941-JLR) - 1

122660700

**JONES WARD PLC**
1205 E. Washington St., Ste.111
Louisville, KY 40206
Tel: 502-882-6000

scrivener's error in Plaintiff's Amended Complaint.

DATED this 25th day of June, 2021.

| | |
|---|---|
| STRITMATTER KESSLER KOEHLER MOORE | FOX ROTHSCHILD LLP |
| By  s/ Ray W. Kahler<br>    Paul L. Stritmatter<br>    Ray W. Kahler<br>    413 8th Street<br>    Hoquiam, WA  98550<br>    Phone:360-533-2710<br>    pauls@stritmatter.com<br>    ray@stritmatter.com | By  s/ *Gavin W. Skok*<br>    Gavin W. Skok, WSBA #29766<br>    Laura P. Hansen, WSBA #48669<br>    1001 Fourth Avenue, Suite 4500<br>    Seattle, WA   98154<br>    Telephone: 206.624.3600<br>    Facsimile: 206.389.1708<br>    Email: gskok@foxrothshchild.com<br>            lhansen@foxrothschild.com<br><br>*Attorneys for Defendant Valve Corporation* |

Jasper D. Ward IV
Alex C. Davis
**JONES WARD PLC**
The Pointe
1205 East Washington St., Ste. 111
Louisville, KY 40206
Tel. (502) 882-6000
Fax (502) 587-2007
Jasper@jonesward.com
Alex@jonesward.com


Robert K. Shelquist
Rebecca A. Peterson
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com
bgilles@locklaw.com

Michael J. Flannery
**Cuneo Gilbert & LaDuca, LLP**
500 North Broadway, Suite 1450
St. Louis, MO 63102

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF
ANDY LESKO AND TO AMEND CASE CAPTION
(CASE NO. 2:16-cv-01941-JLR) - 2
122660700

**JONES WARD PLC**
1205 E. WASHINGTON ST., STE.111
LOUISVILLE, KY 40206
Tel: 502-882-6000

Tel: (314) 226-1015
mflannery@cuneolaw.com

Michael G. Rossetti
**Lippes Mathias Wexler Friedman LLP**
1900 K Street NW
Suite 730
Washington, DC 20006-1110
Tel: (202) 888-5184
mrossetti@lippes.com

Charles J. LaDuca
**Cuneo Gilbert & LaDuca, LLP**
4725 Wisconsin Avenue NW
Suite 200
Washington, DC 20016
Tel: (202) 789-3960 charles@cuneolaw.com
*Counsel for Plaintiffs and the Class*

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF
ANDY LESKO AND TO AMEND CASE CAPTION
(CASE NO. 2:16-cv-01941-JLR) - 3
122660700

**JONES WARD PLC**
1205 E. WASHINGTON ST., STE.111
LOUISVILLE, KY 40206
Tel: 502-882-6000

# ORDER

This matter came before the Court on the parties' foregoing stipulation. The Court has reviewed the foregoing stipulation, is fully informed of the same and the Court file herein, and accordingly HEREBY ORDERS that:

1. Plaintiff Andy Lesko and all claims and causes of action asserted by Plaintiff Andy Lesko against Valve in the above-captioned action, are dismissed with prejudice and without attorneys' fees or costs to any party; and

2. The Clerk of Court is directed to amend the case caption as shown in Exhibit A to the stipulation and remove Andy Lesko as a named plaintiff.

IT IS SO ORDERED.

DATED this 25th day of June, 2021.

Honorable James L. Robart
United States District Judge

STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF
ANDY LESKO AND TO AMEND CASE CAPTION
(CASE NO. 2:16-cv-01941-JLR) - 4
122660700

**JONES WARD PLC**
1205 E. Washington St., Ste.111
Louisville, KY 40206
Tel: 502-882-6000

# EXHIBIT A

122660700

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE GALWAY and BRENDA SHOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | No. 2:16-cv-01941-JLR<br><br>**CAPTION** |