The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRACE GALWAY and BRENDA SHOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:16-cv-01941-JLR<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO FILE SPECIFIED DOCUMENTS UNDER SEAL**<br><br>**(CLERK'S ACTION REQUIRED)** |

THIS MATTER came before the Court on Plaintiff's Motion to File Specified Documents Under Seal and Defendant Valve Corporation's ("Valve") Response to Plaintiff's Motion to File Specified Documents Under Seal. The Court, having reviewed the Motion, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, and being fully advised, **HEREBY ORDERS THAT**:

1. Plaintiffs' Motion to File Specified Documents Under Seal is **GRANTED** with respect to Exhibits F, H, I, and L to the Declaration of Ray W. Kahler (Dkt. #113) and Exhibit A to the Declaration of Kahlil Philander, Ph.D (Dkt. #114) (collectively, the "Sealed Exhibits").

ORDER GRANTING MOTION TO FILE SPECIFIED
DOCUMENTS UNDER SEAL - (2:16-CV-01941-JLR) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

128560583

2. The Court finds the Sealed Exhibits contain Defendant Valve Corporation's confidential and proprietary information, the disclosure of which would harm Valve's competitive standing in the market. The Court further finds that Valve's interest in maintaining the information contained in the Sealed Exhibits as confidential and proprietary constitutes a compelling reason to seal those documents that outweighs the public's interest in disclosure.

3. The Clerk is DIRECTED to maintain Dkt. #113 and Dkt. #114 under seal, containing the following documents:

    a. Exhibit F to the Declaration of Ray W. Kahler (Dkt. #113);

    b. Exhibit H to the Declaration of Ray W. Kahler (Dkt. #113);

    c. Exhibit I to the Declaration of Ray W. Kahler (Dkt. #113);

    d. Exhibit L to the Declaration of Ray W. Kahler (Dkt. #113);

    e. Exhibit A to the Declaration of Kahlil Philander, Ph.D (Dkt. #114).

IT IS SO ORDERED.

DATED this __10th__ day of __December__, 2021.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:

FOX ROTHSCHILD LLP

By: _s/ Gavin W. Skok_
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:   206.624.3600
Facsimile:    206.389.1708
Email:          gskok@foxrothschild.com

*Attorneys for Defendant Valve Corporation*

ORDER GRANTING MOTION TO FILE SPECIFIED
DOCUMENTS UNDER SEAL - (2:16-CV-01941-JLR) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

128560583