The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE GALWAY and BRENDA SHOSS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VALVE CORPORATION, a Washington corporation,

Defendant.

Case No. 2:16-cv-01941-JLR

**DECLARATION OF GAVIN W. SKOK IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Gavin W. Skok, declare as follows:

1.   I am an attorney representing Valve Corporation ("Valve") in this action.  I am over the age of eighteen, competent to testify and I make this declaration of my own personal knowledge.

2.   Attached as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Jesse Plum taken on July 23, 2021, with relevant portions highlighted.

3.   Attached as **Exhibit B** is a true and correct copy of excerpts from Plaintiff Grace Galway's Responses to Defendant Valve Corporation's First Set of Requests for Admission dated April 30, 2021, with relevant portions highlighted.

SKOK DECLARATION IN SUPPORT OF VALVE'S MOTION
FOR SUMMARY JUDGMENT (2:16-CV-01941-JLR) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

4.      Attached as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Grace Galway taken on July 20, 2021, with relevant portions highlighted.

5.      Attached as **Exhibit D** is a true and correct copy of excerpts from Plaintiff Grace Galway's Responses to Defendant Valve Corporation's First Set of Interrogatories and Requests for Production.

6.      Attached as **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Elijah Ballard taken on July 22, 2021, with relevant portions highlighted.

7.      Attached as **Exhibit F** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Brenda Shoss taken on July 22, 2021, with relevant portions highlighted.

8.      Attached as **Exhibit G** is a true and correct copy of excerpts from Plaintiff Brenda Shoss's Responses to Defendant Valve Corporation's First Set of Requests for Admission dated April 30, 2021, with relevant portions highlighted.

9.      Attached as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiffs' expert, Anya Verkhovskaya, taken on August 21, 2021, with relevant portions highlighted.

10.      Attached as **Exhibit I** is a true and correct  copy of excerpts from the Expert Report of Anya Verkhovskaya dated August 3, 2021, with relevant portions highlighted.

11.      Attached as **Exhibit J** is a true and correct copy of an excerpt from the transcript of the November 29, 2018 arbitration hearing in *In the Matter of the Arbitration Between B.S., individually and on behalf of her minor child, E.B. vs. Valve Corporation*, American Arbitration Association Case No. 01-18-0001-7979, with relevant portions highlighted.  This excerpt is from the testimony of Elijah Ballard.  The transcript of the arbitration hearing was designated Confidential under the protective order.  However, the parties have reviewed the excerpt attached hereto, agreed that it does not contain confidential information that must be filed under seal, and

SKOK DECLARATION IN SUPPORT OF VALVE'S MOTION
FOR SUMMARY JUDGMENT (2:16-CV-01941-JLR) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

agreed that this excerpt may be publicly filed.  Valve does not through this filing waive any other confidentiality designations or protections governing the transcript of this arbitration hearing.

12.     Attached as **Exhibit K** is a true and correct copy of excerpts from the transcript of the deposition of Graydon Ballard III taken on July 27, 2021, with relevant portions highlighted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 10th day of December, 2021 at Seattle, Washington.

*s/ Gavin W. Skok*
Gavin W. Skok

SKOK DECLARATION IN SUPPORT OF VALVE'S MOTION
FOR SUMMARY JUDGMENT (2:16-CV-01941-JLR) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

## CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| Service List | |
| --- | --- |
| Kim D. Stephens, WSBA #11984<br>Jason T. Dennett, WSBA #30686<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA  98101<br>Tel: (206) 682-5600<br>Fax: (206) 682-2992<br>KStephens@tousley.com<br>jdennett@tousley.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF/ Email<br>☐ Via over-night delivery |
| Jasper D. Ward IV<br>Alex C. Davis<br>Patrick Walsh<br>**JONES WARD PLC**<br>1205 E. Washington St., Ste. 111<br>Louisville, Kentucky 40206<br>Tel: (502) 882-6000<br>Fax: (502) 587-2007<br>jasper@jonesward.com<br>alex@jonesward.com<br>patrick@jonesward.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF / Email<br>☐ Via over-night delivery |

SKOK DECLARATION IN SUPPORT OF VALVE'S MOTION
FOR SUMMARY JUDGMENT (2:16-CV-01941-JLR) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| Ray W. Kahler<br>**STRITMATTER KESSLER WHELAN WITHEY COLUCCIO**<br>413 8th Street<br>Hoquiam, WA 98550<br>Tel: (360) 533-2710<br>Fax: (360) 532-8032<br>ray@stritmatter.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF / Email<br>☐ Via over-night delivery |
| Robert K. Shelquist<br>Rebecca A. Peterson<br>**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>100 Washington Ave. S., Suite 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900<br>rkshelquist@locklaw.com<br>rapeterson@locklaw.com<br>bgilles@locklaw.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF / Email<br>☐ Via over-night delivery |
| Michael J. Flannery<br>**Cuneo Gilbert & LaDuca, LLP**<br>500 North Broadway, Suite 1450<br>St. Louis, MO 63102<br>Tel: (314) 226-1015<br>mflannery@cuneolaw.com<br>jyuill@cuneolaw.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF / Email<br>☐ Via over-night delivery |

SKOK DECLARATION IN SUPPORT OF VALVE'S MOTION
FOR SUMMARY JUDGMENT (2:16-CV-01941-JLR) - 5

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| Michael G. Rossetti<br>**Lippes Mathias Wexler Friedman LLP**<br>1900 K Street NW<br>Suite 730<br>Washington, DC 20006-1110<br>Tel: (202) 888-5184<br>mrossetti@lippes.com<br>mgrossetti@outlook.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF / Email<br>☐ Via over-night delivery |
| Charles J. LaDuca<br>**Cuneo Gilbert & LaDuca, LLP**<br>4725 Wisconsin Avenue NW<br>Suite 200<br>Washington, DC 20016<br>Tel: (202) 789-3960<br>charles@cuneolaw.com<br>jyuill@cunwolaw.com<br><br>*Attorneys for Plaintiffs* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via ECF / Email<br>☐ Via over-night delivery |

DATED this 10th day of December, 2021.

_____
Courtney R. Brooks

SKOK DECLARATION IN SUPPORT OF VALVE'S MOTION
FOR SUMMARY JUDGMENT (2:16-CV-01941-JLR) - 6

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600