| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 6 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GRACE GALWAY; BRENDA SHOSS, individually and on behalf of all others similarly situated,

        Plaintiffs-Appellants,

 v.

VALVE CORPORATION, a Washington corporation,

        Defendant-Appellee.

No.   22-35105

D.C. No. 2:16-cv-01941-JLR
Western District of Washington, Seattle

ORDER

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

    Appellants' unopposed amended motion (Docket Entry No. 9) to file Volume 6 of the excerpts of record under seal is granted.  The Clerk will file publicly the motion to seal (Docket Entry No. 9-1), the opening brief (Docket Entry No. 8), and Volumes 1 through 5 of the excerpts of record (Docket Entry No. 10).  The Clerk will file under seal Volume 6 of the excerpts of record (Docket Entry No. 9-2).

    The existing briefing schedule remains in effect.

MKS/MOATT